No. 3412. — Banuchi, Apldo., v. Cabán y Rolán, Tejedor y de Hostos, Apltes. los segundos. — C. D. Aguadilla. Nov. 20, 1924. A la moción de la apelada para desestimar el recurso basándose en que habiéndose establecido apelación en 31 de julio, 1924, a la fecha de la moción 20 de agosto, 1924,

no se había radicado en este tribunal la transcripción de la evidencia, ni solicitado en la corte sentenciadora la certificación de los documentos necesarios para la apelación, *no ha lugar* porque el 20 de agosto, 1924, no había vencido el término que el apelante tenía para radicar la transcripción de los autos, ni menos la prórroga que se le concediera para ello y porque la falta de la exposición del caso no es por sí sola bastante para desestimar un recurso. Cuestiones que surjan de las propias alegaciones pueden ser resueltas en una apelación bajo la base de una copia certificada de las mismas expedida y archivada de acuerdo con la ley. *Sin lugar la desestimación.*